# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| ANDREW PERRONG, on behalf of himself and others similarly situated, | : : : | Case No. 2:20-cv-11580-AJT-DRG |
| Plaintiff, | : : | |
| v. | : : | |
| INNOVATIVE TELESERVICES, INC. | : : : | |
| Defendant. | | |

## NOTICE OF DISMISSAL WITH PREJUDICE

The plaintiff files this notice of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of all claims against the defendant.

Dated: July 3, 2020                                PLAINTIFF,

                                          By:
                                          *s/ Anthony I. Paronich*
                                          Anthony I. Paronich
                                          Paronich Law, P.C.
                                          350 Lincoln Street, Suite 2400
                                          Hingham, MA 02043
                                          Telephone: (508) 221-1510
                                          anthony@paronichlaw.com

## CERTIFICATE OF SERVICE

I, hereby certify that on July 3, 2020, I filed the foregoing with the Court's CM/ECF system.

                                            */s/ Anthony Paronich*
                                            Anthony Paronich